IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHELLE LYNN MCNEIL,

                Plaintiff,

v.                                                                              ORDER

USDA RURAL DEVELOPMENT                             17-cv-958-jdp
CENTRALIZED SERVICING CENTER,

                Defendant.

---

Plaintiff Michelle Lynn McNeil, appearing pro se, filed this civil action against the United States Department of Agriculture Rural Development program. On October 12, 2018, I gave McNeil until November 2, 2018, to file an amended complaint more fully explaining the basis for her claims, and I warned her that should she fail to submit an amended complaint that complies with the Federal Rules of Civil Procedure by that deadline, I would dismiss her case for failure to state a claim upon which relief may be granted. Dkt. 6. That deadline has passed and the court has received nothing from McNeil. Accordingly, I will dismiss this case for McNeil's failure to state a claim upon which relief may be granted.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff Michelle Lynn McNeil's failure to state a claim upon which relief may be granted. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered January 23, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge