IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE LYNN MCNEIL,

    Plaintiff,

  v.

Case No. 17-cv-958-jdp

USDA RURAL DEVELOPMENT
CENTRALIZED SERVICING CENTER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendant closing this case.

| /s/ | 01/23/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |